| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name. Middle initial)  Gold, Alan S | 2. Court or Organization  Southern District of Florida | 3. Date of Report  4/26/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial   ● Annual   ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  U.S. District Courthouse  301 North Miami Ave, #1017  Miami, Florida 33128 (Active) | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
RECEIVED May 12 12 43 PM '04

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | University of Miami | 0.00 |
| 2. | State of Florida, Pension | 13,000.00 |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Alan S | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. | | | | | | | | | |
| 2. CMA Fund (axa) | B | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. North Hampton PA Bucks Co. Bond | A | Interest | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. Miami-Dade Co Fl Aviatn Rev | A | Interest | K | T | | | | | - |
| 8. CMA Fund (AXA) | B | Interest | K | T | | | | | |
| 9. Walt Disney Company Stock | A | Dividend | - J | T | | | | | |
| 10. Equitable Life Insurance/cash value | D | Dividend | L | T | | | | | |
| 11. Teacher Ins/Annuity Ass.College Retirement Equities Fund | A | Interest | K | T | | | | | |
| 12. Fedelity Retirement Investment Savings/U of Miami | A | Interest | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. State of Florida Deferred Compensation Plan | D | Dividend | L | T | | | | | |
| 15. IRRA/money fund/axa CMA Account | A | Interest | J | T | | | | | |
| 16. IRA/US Treasury Stips | G | Interest | N | T | | | | | |
| 17. | | | | | | | | | |
| 18. IRRA BellSouth Corp. Bond | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less<br>F = $50,001-$100,000 | B = $1,001-$2,500<br>G = $100,001-$1,000,000 | C = $2,501-$5,000<br>H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000<br>H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less<br>N = $250,000-$500,000<br>P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000<br>O = $500,001-$1,000,000 | L = $50,001-$100,000<br>P1 = $1,000,001-$5,000,000<br>P4 = $More than $50,000,000 | M = $100,001-$250,000<br>P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal<br>U = Book Value | R = Cost (Real Estate Only)<br>V = Other | S = Assessment<br>W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Alan S | 4/26/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Isreal Bonds | A | Interest | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Continental Gardens Inc./limited real estate investment | D | Distribution | K | T | | | | | |
| 22. | | | | | | | | | |
| 23. IRRA Eaton Vance Classic Fund | E | Interest | K | T | | | | | |
| 24. IRRA Allaince Growth and Income B | B | Interest | K | T | | | | | |
| 25. IRRA Lord Abbett Bond Debenture A | B | Interest | K | T | | | | | |
| 26. IRRA Mass. Investors Growth B | B | Dividend | K | T | | | | | |
| 27. IRRA Mass Investors Trust B | A | Dividend | K | T | | | | | |
| 28. IRRA Oppenheimer Total Return B | B | Dividend | K | T | | | | | |
| 29. IRRA Oppenheimer Global B | A | Dividend | K | T | | | | | |
| 30. IRRA Oppenheimer Midcap B | A | Dividend | K | T | | | | | |
| 31. IRRA Putnam New Opportunities B | B | Dividend | J | T | | | | | |
| 32. IRRA Putnam Vista B | A | Dividend | K | T | | | | | |
| 33. IRRA treasury strips | A | Interest | N | T | | | | | |
| 34. IRRA MFS Capital Opportunites B | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| Name of Person Reporting | Date of Report |
|---|---|
| Gold, Alan S | 4/26/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur ████████████████████

Date ___4/26/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544